

## NUMBER 13-15-00370-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JAIME GARCIA, D/B/A RIO PILON
PIT, CYNTHIA GARCIA D/B/A
BRAVO PIT, EDMUNDO RAMOS
TELLEZ, AURELIA GARZA GARCIA,
ANDRES DE JESUS OLVERA MUNIZ,
ALFA DE LA LUZ HERNANDEZ
PADRON, AND FRANCISCO
JAVIER RUIZ GOMEZ,                                        Appellants,

v.

HIDALGO COUNTY IRRIGATION #6,                            Appellee.

On appeal from the 398th District Court
of Hidalgo County, Texas.

## MEMORANDUM OPINION

Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam

Appellants appealed a judgment entered by the 398th District Court of Hidalgo County, Texas. On August 13, 2015, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office and this Court within 15 days from the date of that notice. On September 30, 2015, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days. Appellant has not responded to the notice from the Clerk or corrected the defect.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). The Court, having considered the documents on file, and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
19th day of November, 2015.